IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LOLITA DUGLAS | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| FRED KAMPER | : | NO. 17-4173 |

MEMORANDUM

PRATTER, J.                                                                                            SEPTEMBER 25, 2017

Plaintiff Lolita Duglas filed a motion to proceed *in forma pauperis* and a complaint against Fred Kamper. According to the complaint, Ms. Duglas lost contact with Mr. Kamper and would like to reconnect with him. This is the third complaint that Ms. Duglas has filed in this Court in less than two months in which she seeks the Court's assistance in finding Mr. Kamper. *See Duglas v. Kamper*, E.D. Pa. Civ. A. No. 17-3850; *Duglas v. Kamper*, E.D. Pa. Civ. A. No. 3438.

Ms. Duglas's motion to proceed *in forma pauperis* is granted because it appears that she is incapable of paying the fees to commence this civil action.

However, 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) require the Court to dismiss the complaint if it is frivolous or fails to state a claim. A complaint is frivolous if it "lacks an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and is legally baseless if it is "based on an indisputably meritless legal theory." *Deutsch v. United States*, 67 F.3d 1080, 1085 (3d Cir. 1995). To survive dismissal for failure to state a claim, the complaint must contain "sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quotations omitted). "[M]ere conclusory statements[] do not suffice." *Id.*

1

The Court has already explained to Ms. Duglas that her desire to reconnect with Mr. Kamper does not provide a basis for a legal claim or a lawsuit. Indeed, there does not appear to be any legal dispute at issue here that the Court is capable of resolving. If Ms. Duglas would like to reconnect with Mr. Kamper, she must pursue ways to find him that do not involve filing a lawsuit. This Court cannot help her find Mr. Kamper. If Ms. Duglas continues to file complaints in this Court seeking to reconnect with Mr. Kamper despite having been repeatedly informed that those complaints are legally baseless, the Court will prevent her from filing in the future.

As there is no legal basis for a claim in this case, the Court will dismiss the complaint with prejudice because amendment would be futile. An appropriate order follows, which shall be docketed separately.

BY THE COURT:

GENE E.K. PRATTER, J.